Oscar Berghaus, Respondent, *v.* Gustav Berghaus et al., Appellants.

Submitted April 21, 1939; decided May 17, 1939.

*William J. Beglin* for Gustav Berghaus, appellant.

*Irwin B. Crosman* and *Leon J. Morgan* for Charles R. Carroll et al., appellants.

*Morris Pottish* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.